## Commonwealth *v.* Slomanson, Appellant.

Argued November 9, 1965. *Caram J. Abood,* with him *Richard J. Green, Jr.,* and *Green, Gibson & Abood,* for appellant; *Ferdinand F. Bionaz,* District Attorney, with him *William P. Kelly,* Assistant District Attorney, for Commonwealth, appellee.

PER CURIAM: Order affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

FLOOD, J., absent.

## Del Canton *v.* Bowman, Appellant.

Argued November 8, 1965. *Arthur G. Stein,* with him *Stein & Winters,* for appellant; *Robert Rade Stone,* with him *George Raynovich, Jr.,* for appellees.

Judgments affirmed.

FLOOD, J., absent.